| Date | Pleading Number | |
|---|---|---|
| 7/26/76 | 1. | MOTION & SUPPORTING BRIEF -- Continental Oil Co. (pltf. and def.) -- ten actions in 6 different districts. Schedule of Cases Involved and certificate of service on U.S. Attorneys involved and Attorney General of United States. |
| | | REQUESTED TRANSFEREE FORUM: District of Kansas |
| 8/10/76 | | APPEARANCE -- LEE R. TYNER, ESQUIRE -- United States of America |
| 8/12/76 | 2 | RESPONSE -- UNITED STATES OF AMERICA w/cert. of service |
| 8/20/76 | | REQUEST FOR EXTENSION TO FILE REPLY -- CONTINENTAL OIL -- GRANTED to August 20, 1976 |
| 8/20/76 | 3 | REPLY -- CONTINENTAL OIL w/cert. of service |
| 9/1/76 | | HEARING ORDER -- Setting A-1 through A-10 for hearing Oct. 1,, 1976 San Francisco, Calif. |
| 9/29/76 | | WAIVER OF ORAL ARGUMENT -- U. S. A. |
| 10/4/76 | 4 | WITHDRAWAL OF MOTION -- Movants w/cert. of service |
| 11/24/76 | | ORDER -- DEEMING MOTION WITHDRAWN -- Notified clerks, judges & counsel |

DOCKET NO. 268 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## Description of Litigation

### IN RE CONTINENTAL OIL WATER POLLUTION LITIGATION

#### Summary of Panel Action

Date(s) of Hearing(s) _____

Date(s) of Opinion(s) or Order(s) _____

Consolidation Ordered _____  Name of Transferee Judge _____

Consolidation Denied _Motion Withdrawn_  Transferee District _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Continental Oil Co. v. United States of America | Delaware Latchum | 76-217 | | | DISM D. Delaware 10/14/76 | Tr'd fr S.D. Texas |
| A-2 | Continental Oil Co. v. United States of America | S.D.Tex Hannay | CA75-H-1922 | | | | |
| A-3 | Continental Oil Co. v. United States of America | S.D.Tex. Sterling | CA76-H-11 | | | | |
| A-4 | United States of America v. Continental Oil Co. | Kansas Theis | CA75-112-C6 | | | | |
| A-5 | United States of America v. Continental Oil Co. | E.D.Okla. Morris | CA76-80-C | | | | |
| A-6 | United States of America v. Contiental Oil Co. | E.D.Wisc. Reynolds | CA76-C-214 | | | | |
| A-7 | United States of America v. Contnential Oil Co. | W.D.Okla. Thompson | CA76-0275-T | | | | |
| A-8 | Continental Oil Co. v. United States of America | S.D.Tex. O'Conor | CA76-H-693 | | | | |
| A-9 | United States of America v. Continental Oil Co. | E.D.Okla. Morris | CA76-169-C | | | | |
| A-10 | Continental Oil Co. v. United States of America | S.D.Tex Singleton | CA76-H-1067 | | | | |

p. 1

# ATTORNEY SERVICE LIST
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 268 -- IN RE CONTINENTAL OIL WATER POLLUTION LITIGATION

| ~~Plaintiff~~ | ~~Defendant~~ |
|---|---|
| CONTINENTAL OIL CO.<br>Bruce R. Merrill, Esquire<br>Continental Oil Co.<br>P.O. Box 2197<br>Houston, Texas  77001<br><br>UNITED STATES OF AMERICA<br>Lee R. Tyner, Esquire<br>Pollution Control Section<br>Land & Natural Resources Division<br>Department of Justice<br>Washington, D. C.  20530 | |