DOCKET NO. 268

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE CONTINENTAL OIL WATER POLLUTION LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

NOV 24 1976

PATRICIA D. HOWARD
CLERK OF THE PANEL

ORDER

It appearing that the movant desires to terminate all of the actions listed on the attached Schedule A and consequently has withdrawn the motion for transfer pursuant to 28 U.S.C. §1407,

IT IS THEREFORE ORDERED that the motion pursuant to 28 U.S.C. §1407 for transfer of the actions listed on the attached Schedule A to the District of Kansas be and the same hereby is DEEMED withdrawn.

FOR THE PANEL:

*John Minor Wisdom*

John Minor Wisdom
Chairman

### DISTRICT OF DELAWARE

Continental Oil Co. v. United States of America    Civil Action No. 76-217

### SOUTHERN DISTRICT OF TEXAS

Continental Oil Co. v. United States of America    Civil Action No. CA75-H-1922

Continental Oil Co. v. United States of America    Civil Action No. CA76-H-11

Continental Oil Co. v. United States of America    Civil Action No. CA76-H-693

Continental Oil Co. v. United States of America    Civil Action No. CA76-H-1067

### DISTRICT OF KANSAS

United States of America v. Continental Oil Co.    Civil Action No. CA75-112-C6

### EASTERN DISTRICT OF OKLAHOMA

United States of America v. Continental Oil Co.    Civil Action No. CA76-80-C

United States of America v. Continental Oil Co.    Civil Action No. CA76-169-C

### WESTERN DISTRICT OF OKLAHOMA

United States of America v. Continental Oil Co.    Civil Action No. CA76-0275-T

### EASTERN DISTRICT OF WISCONSIN

United States of America v. Continental Oil Co.    Civil Action No. CA76-C-214